UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY CASEROTTI and NATHAN CASEROTTI,<br><br>        Plaintiffs,<br><br>  v.<br><br>BURNETTE LEGAL GROUP, LLC, doing business as Monarch Legal Group,<br><br>        Defendant. | Case No. 25-cv-1026-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the motion of plaintiffs Kimberly Caserotti and Nathan Caserotti (collectively, "the Caserottis") for default judgment (Doc. 12).

"There are two stages in a default proceeding: the establishment of the default, and the actual entry of a default judgment." *In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004). After the Clerk enters default against a defendant, the plaintiffs must then establish their entitlement to the amount they seek. *Id.* If they have not pleaded an entitlement to a sum certain in their complaint, they must introduce evidence of the damages they seek. *Id.*

Here, the Caserottis filed the Complaint on May 22, 2025 (Doc. 1). The Complaint, which asserted several causes of action for violating consumer protection laws, did not seek a sum certain. The defendant was served with process on June 23, 2025 (Doc. 8). The defendant but did not respond to the Complaint, so the Clerk entered default on July 24, 2025 (Doc. 10). Thereafter, the Caserottis moved for default judgment with an affidavit in support of attorney's fees and costs in the amount of $4,095.00 (Doc. 12). They supplemented their motion with an affidavit in support of compensatory damages in the amount of $51,455.70 (Doc. 14). No party has responded to the motion for default judgment. The Caserottis have submitted sufficient

evidence to support the monetary judgment requested.  They have not, however, established their entitlement to injunctive relief.  .

Because the Caserottis have successfully completed the two steps toward entry of a monetary default judgment, the Court **GRANTS** the motion (Doc. 12) and **DIRECTS** the Clerk of Court to enter a default judgment in the amount of $51,455.70 in compensatory damages and $4.095.00 in attorney's fees and costs, for a total judgment of $55,550.70.  Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.

**IT IS SO ORDERED.**
**DATED:  January 16, 2026**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**