UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY CASEROTTI and NATHAN CASEROTTI,<br><br>      Plaintiffs,<br><br>  v.<br><br>BURNETTE LEGAL GROUP, LLC, doing business as Monarch Legal Group,<br><br>      Defendant. | Case No. 25-cv-1026-JPG |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiffs Kimberly Caserotti and Nathan Caserotti and against defendant Burnette Legal Group, LLC, doing business as Monarch Legal Group, in the amount of fifty-one thousand, four hundred fifty-five dollars and seventy cents ($51,455.70) in compensatory damages and four thousand, ninety-five dollars and no cents ($4.095.00) in attorney's fees and costs, for a total judgment of fifty-five thousand, five hundred fifty dollars and seventy cents ($55,550.70), plus statutory post-judgment interest.

                                                  **MONICA A. STUMP, Clerk of Court**

**Date: January 16, 2026**                        s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**